08  CV  7373

Robert L. Powley (RP7674)
James M. Gibson (JG9234)
David J. Lorenz (DL3072)
Jason H. Kasner (JK 1414)
Hewson Chen (HC1608)
Powley & Gibson, P.C.
304 Hudson Street 2nd Floor
New York, New York 10013
Telephone: (212) 226-5054
Facsimile:  (212) 226-5085

Attorneys for Plaintiffs
Energy Intelligence Group, Inc. and
Energy Intelligence Group (UK) Limited

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X
|  |  |
|---|---|
| ENERGY INTELLIGENCE GROUP, INC., and ENERGY INTELLIGENCE GROUP (UK) LIMITED<br><br>      Plaintiffs,<br><br>   -against-<br><br>CITIGROUP GLOBAL MARKETS, INC.,<br><br>      Defendant. | Civil Action No.<br><br><br>**RULE 7.1 STATEMENT**<br><br><br><br>ECF |

------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for Energy Intelligence Group, Inc. and Energy Intelligence Group (UK) Limited

certifies that both Plaintiffs have two parent companies, both of which are privately held, and no

publicly held corporation owns ten percent (10%) or more of the stock in either of the Plaintiffs

or their parent companies.

Dated:  August 20, 2008                    By: _____
                                                Robert L. Powley (RP7674)
                                                James M. Gibson (JG9234)
                                                David J. Lorenz (DL3072)
                                                Jason H. Kasner (JK 1414)
                                                Hewson Chen (HC1608)

                                                Powley & Gibson, P.C.
                                                304 Hudson Street 2nd Floor
                                                New York, New York 10013
                                                Telephone: (212) 226-5054
                                                Facsimile:   (212) 226-5085

                                                Attorneys for Plaintiffs
                                                Energy Intelligence Group, Inc. and
                                                Energy Intelligence Group (UK) Limited